# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRELL STEVENSON, :
:
    Petitioner, :
:
v. : Criminal No. 3:12-CR-145
: Civil Action No. 3:18-CV-0057
UNITED STATES OF AMERICA, : (JUDGE MARIANI)
:
    Respondent. :
:

## ORDER

AND NOW, THIS **21st** DAY OF FEBRUARY 2019, upon consideration of Petitioner's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 (Doc. 593), **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART** for the reasons discussed in the simultaneously filed Memorandum;

2. The Motion is **GRANTED** as to Petitioner's multiplicity claim based on 18 U.S.C. § 922(g);

3. The motion is **DENIED** in all other respects;

4. Petitioner's Motion to Compel Production of the United States' June 24, 2014, Plea Agreement Proposal (Doc. 605) is **DENIED**.

5. There is no basis for the issuance of a certificate of appealability.

                                                          _/s/ Robert D. Mariani_
                                                          Robert D. Mariani
                                                          United States District Judge