THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRELL STEVENSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Criminal No. 3:12-CR-145
Civil Action No. 3:18-CV-0057
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 22nd DAY OF FEBRUARY 2019, upon consideration of the appropriate remedy for Petitioner's multiple 18 U.S.C. § 922 convictions and sentences discussed in the simultaneously filed Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's conviction on Count 7 for a violation of 18 U.S.C. § 922(g)(2) is merged into his conviction on Count 6 for a violation of § 922(g)(1);

2. The sentence imposed based on Petitioner's Count 7 conviction is vacated;

3. The sentence imposed on Count 6 remains 120 months imprisonment to run concurrently with other terms of imprisonment imposed in the Judgment entered on April 10, 2015 (Doc. 568) to the extent necessary to produce a total imprisonment term of 360 months, and a special assessment of $100;

4. Petitioner's judgment shall be modified to reflect this alteration of the judgment imposed on April 10, 2015 (Doc. 568);

5. To the extent Petitioner has paid the total assessment imposed on April 10, 2015, the Clerk of Court is directed to refund $100.00 to Petitioner.

                                         Robert D. Mariani
                                         United States District Judge