THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRELL STEVENSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Criminal No. 3:12-CR-145
Civil Action No. 3:18-CV-0057[1]
(JUDGE MARIANI)

ORDER

AND NOW, THIS 21st DAY OF JANUARY 2021, upon consideration of Petitioner's Motion for Recusal (Doc. 671) and all relevant documents, for the reasons set forth in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT** the Motion for Recusal (Doc. 671) is **DENIED**.

                                                /s/ Robert D. Mariani
                                                Robert D. Mariani
                                                United States District Judge

---

[1] Because the Civil Action Number is assigned for statistical purposes only, relevant filings are docketed at 3:12-CR-145 and all docket references in this Memorandum are to the criminal docket number.