THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TERRELL STEVENSON, :
:
    Petitioner, :
:
v. : Criminal No. 3:12-CR-145
: Civil Action No. 3:18-CV-0057[1]
UNITED STATES OF AMERICA, : (JUDGE MARIANI)
:
    Respondent. :
:

FILED
SCRANTON

MAR 07 2022

PER _____
DEPUTY CLERK

**ORDER**

**AND NOW, THIS 7th DAY OF MARCH 2022**, upon reconsideration of the Court's decision in its February 21, 2019, Memorandum Opinion that trial counsel was not ineffective during the plea negotiation phase of proceedings (Doc. 629 at 43-53), **IT IS HEREBY ORDERED THAT:**

1. The Court's decision rendered on February 21, 2019, (Docs. 629, 630) is affirmed for the reasons set forth in the accompanying Memorandum Opinion;

2. The analysis of the issue of whether trial counsel was ineffective at the plea negotiation phase of proceedings set out in the February 21, 2019, Memorandum Opinion (Doc. 629 at 43-53) is supplemented by the analysis set out in the

---

[1] Because the Civil Action Number is assigned for statistical purposes only, relevant filings are docketed at 3:12-CR-145 and all docket references in this Memorandum are to the criminal docket number.

accompanying Memorandum Opinion.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge